UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 16cr1969-JAH |
|---|---|
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| JOHN FRANKLIN MURPHY, | |
| Defendant. | |

On July 10, 2017, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of JOHN FRANKLIN MURPHY ("Defendant") in all properties seized in connection with this case, namely:

      a) **One (1) Remington 1100 Shotgun bearing Serial No. N112454V;**
      b) **One (1) .22 caliber Springfield Model 56;**
      c) **One (1) Winchester Model 1200 12 gauge shotgun;**
      d) **One (1) Marlin Firearm .22 caliber 39A, Serial No. AB16044;**
      e) **One (1) 16 gauge (single shot), Serial No. 95325A;**
      f) **One (1) unknown make and model Long Gun;**

//

      **g)**    **Various ammunition, including shotgun shells, rifle rounds, .357 caliber, .38 caliber, .300 SAV caliber, amongst other caliber ammunition;**

      **h)**    **Various casings and shells;**

      **i)**    **Various Magazines with miscellaneous ammunition; and**

      **j)**    **Various containers holding miscellaneous ammunition.**

For thirty (30) consecutive days ending on October 11, 2018, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of items (a) through (j) described above in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third-parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the property.

There were no potential third parties known to the United States to have alleged an interest in the forfeited property; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited property described above, specifically, items (a) through (j).

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third-party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of JOHN FRANKLIN MURPHY and any and all third-parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

//

     **a)**    **One (1) Remington 1100 Shotgun bearing Serial No. N112454V;**

     **b)**    **One (1) .22 caliber Springfield Model 56;**

     **c)**    **One (1) Winchester Model 1200 12 gauge shotgun;**

     **d)**    **One (1) Marlin Firearm .22 caliber 39A, Serial No. AB16044;**

     **e)**    **One (1) 16 gauge (single shot), Serial No. 95325A;**

     **f)**    **One (1) unknown make and model Long Gun;**

     **g)**    **Various ammunition, including shotgun shells, rifle rounds, .357 caliber, .38 caliber, .300 SAV caliber, amongst other caliber ammunition;**

     **h)**    **Various casings and shells;**

     **i)**    **Various Magazines with miscellaneous ammunition; and**

     **j)**    **Various containers holding miscellaneous ammunition.**

IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") dispose of items (a) through (j) described above, forthwith in accordance with the law.

DATED:   July 21, 2020

_____
JOHN A. HOUSTON
United States District Judge